UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

SHARKEY JAMES,

       Petitioner,

-v-                                                                 No.  20 CV 3468-LTS

WILLIAM F. KEYSER,

       Respondent.

-------------------------------------------------------x

## Order

The Court has received Petitioner's request to hold in abeyance his claims arising from the COVID-19 pandemic so he "can exhaust [his] administrative remedies in the lower court." (Docket Entry No. 9.)  Petitioner's request is granted and his COVID-19 related claims will be held in abeyance pending his exhaustion of state remedies.  The deadline to answer these claims set forth in the Court's May 7, 2020, Order is suspended pending further order of the Court.  (Docket Entry No. 4.)  The deadline set by May 7, 2020, Order for the response to Petitioner's remaining claims is unchanged.  Petitioner is directed to file a status report by **September 30, 2020**, as to the status of the COVID-19 related state proceedings.

      SO ORDERED.

Dated: New York, New York
       May 27, 2020

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  United States District Judge

**Copy mailed to:**
Sharkey James
DIN No. 15A3784
Sullivan Correctional Facility
P.O. Box 116
Fallsburg, NY 12733-0116