```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/09/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sharkey James,

                        Petitioner,

      -against-

William F. Keyser,

                        Respondent.

1:20-cv-03468 (JPC) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

    It is hereby Ordered that Petitioner shall file any reply in support of his non-COVID-19 related claims no later than November 9, 2020. By the same date, Petitioner also shall file another update regarding the status of the state proceedings regarding his COVID-9 related claims.

    The Clerk of Court is directed to mail a copy of this Order to the *pro se* Petitioner.

**SO ORDERED.**

DATED:    New York, New York
                October 9, 2020

_____
STEWART D. AARON
United States Magistrate Judge