```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
SHARKEY JAMES,                                                         :
                                                                       :
                              Petitioner,                              :
                                                                       :     20-CV-3468 (JPC) (SDA)
              -v-                                                      :
                                                                       :      NOTICE OF
WILLIAM F. KEYSER,                                                     :     REASSIGNMENT
                                                                       :
                              Resdpondent.                             :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

This case has been reassigned to the undersigned. **All parties must familiarize themselves with the Court's Individual Rules, including the Court's Individual Rules and Practices for *Pro Se* Litigants (that is, litigants without counsel), which are available at https://www.nysd.uscourts.gov/hon-john-p-cronan.** Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment. The habeas corpus petition has been referred to Magistrate Judge Stewart D. Aaron and remains referred to Judge Aaron. Unless otherwise specified, all letters, filings, and motions should be addressed to Judge Aaron. Any conference or oral argument before the Magistrate Judge will proceed as ordered.

The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: October 19, 2020
       New York, New York

                                             _____
                                                    JOHN P. CRONAN
                                                 United States District Judge