USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/19/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sharkey James,

                Petitioner,

    -against-

William F. Keyser,

                Respondent.

1:20-cv-03468 (JPC) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby Ordered that, no later than April 19, 2021, Petitioner shall file any reply in further support of his five original non-COVID-19-related claims. (*See* Pet., ECF No. 2, at 10-30.) By the same date, Petitioner also shall file an update regarding the status of the state proceedings regarding his COVID-19-related claims. (*See id.* at 31-43; *see also* 5/27/20 Order, ECF No. 10 (ordering COVID-19-related claims held in abeyance pending exhaustion of state remedies).)

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Petitioner.

**SO ORDERED.**

DATED:    New York, New York
                March 19, 2021

_____
STEWART D. AARON
United States Magistrate Judge