UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SHARKEY JAMES,

                Petitioner,

                      20 Civ. 3468 (JPC) (SDA)
   -v-

                      ORDER
WILLIAM F. KEYSER,

                Respondent.
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On January 20, 2022, Petitioner filed Objections to a Report and Recommendation issued in this case by the Honorable Stewart D. Aaron.  Dkt. 63.  Respondent shall file any response to Petitioner's Objections by February 10, 2022, and Petitioner shall file any further reply by February 22, 2022.  The Clerk of Court is respectfully directed to mail this order to the *pro se* Petitioner.

      SO ORDERED.

Dated: January 25, 2022
       New York, New York

                                                          JOHN P. CRONAN
                                             United States District Judge